HENRI E. NORRIS, ESQ, DC Bar# 370646
GEORGE HOLLAND Jr. ESQ SB#216735
**HOLLAND LAW FIRM**
1970 Broadway, Suite 1030
Oakland, CA 94612
Telephone (510) 465-4100
Fax: (510) 465-4747
Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

IN RE:

    ANGELO A. LUNA

Debtor

) Case No.  2:10-bk-18325-VZ
) CHAPTER 13
)
)
)
)
)
) **MOTION TO CONVERT CHAPTER 13**
) **PETITION TO A CHAPTER 7 PETITION**
) **and NOTICE OF MOTION**
)
) DATE:
) TIME:
) CRTRM:
)
)

TO THE HONORABLE VINCENT P. ZURZULO, UNITED STATES BANKRUPTCY JUDGE; Nancy K. Curry, CHAPTER 13 TRUSTEE, AND ALL PARTIES OF INTEREST;

The Debtor, by and through Counsel of Record, hereby gives Notice to the Court and all parties of interest and moves this Court to Convert this Petition from a Chapter 13 to a Chapter 7. The case was filed under an "emergency" Chapter 13 Petition on March 7, 2010. Upon review of

the supporting documents, It is clear that the Debtor will not qualify under the present Petition so it hereby moves the Court to Convert this Petition.

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to 11 U.S.C. 1307(a) *"The debtor may convert a case under this chapter to a case under this chapter 7 of this chapter of this title at anytime. Any waiver of the right to convert under this subsection is unenforceable"*

Further under Rule 1017(f) of the *Federal Rules of Bankruptcy Procedure* to convert the above captioned Case from a Chapter 13 Petition to a Chapter 7 Petition.

As Provided for on *Rule 1017(f)(3)*, the Notice of Conversion shall be deemed the date of conversion for the purpose of applying *Rule 1019* and section *348(c)* of the *Bankruptcy Code*.

**WHEREFORE**, the Debtor respectfully requests the Court to issue an Order Converting Case# 2:10-bk-18325-VZ from a Chapter 13 to a Chapter 7.

DATED: April 3, 2010

Respectfully Submitted,

/s/ Henri E. Norris  /s/ George Holland Jr.
Henri Norris, ESQ; George Holland Jr., ESQ
HOLLAND LAW FIRM