HENRI E. NORRIS, ESQ, DC Bar# 370646
GEORGE HOLLAND Jr. ESQ SB#216735
**HOLLAND LAW FIRM**
1970 Broadway, Suite 1030
Oakland, CA  94612
Telephone (510) 465-4100
Fax: (510) 465-4747
Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: | ) Case No.  2:10-bk-18325-VZ |
|  | ) CHAPTER 13 |
|  | ) |
| ANGELO LUNA | ) |
|  | ) |
| Debtor | ) **(PROPOSED) ORDER** |
|  | ) |
|  | ) DATE: |
|  | ) TIME: |
|  | ) CRTRM: |
|  | ) |
|  | ) |
|  | ) |

For GOOD CAUSE APPEARING:

The Court hereby GRANTS the Motion to Convert this Chapter 13 Petition to a

Chapter 7 Petition Effective the Date of Submission of Motion.

DATED:

JUDGE OF THE UNITED STATES
BANKRUPTCY COURT

**END OF ORDER**