George Holland, Jr. (CA Bar Number 216735)
Holland Law Firm
1970 Broadway, Suite 1030
Oakland, CA 94612
Telephone: (510) 465-4100
Facsimile: (510) 465-4747

*Attorney for* Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

ANGELO LUNA

CHAPTER __13__

CASE NUMBER 2:10-bk-18325-VZ

Debtor.    (No Hearing Required)

# DEBTOR'S NOTICE OF CONVERSION
## UNDER 11 U.S.C. §§ 1208(a) OR 1307(a)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

1. Debtor hereby gives notice that Debtor converts the above chapter __13__ case to a case under chapter 7 on the grounds set forth below: This was filed as an emergency petition. Upon further review of debtor's documents, it became clear he would not qualify under Chap. 13. A Motion to Convert was filed 4/6/10, now resubmitted with the correct local form.

2. A Voluntary Petition under chapter ☐ 12  ☑ 13 was filed on: March 7, 2010

3. Name of trustee appointed: Nancy K. Curry

4. Debtor alleges that this case has not been previously converted.

5. Debtor alleges that this notice is filed in good faith, and that Debtor is eligible for relief under chapter 7.

Dated: April 21, 2010

Respectfully submitted,

Holland Law Firm
*Firm Name*

By: George Holland, Jr.

Name: George Holland, Jr.
*Attorney for Debtor/Trustee*

*(Continued on next page)*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re | | CHAPTER 13 |
|---|---|---|
| Angelo Luna | Debtor. | CASE NUMBER 2:10-bk-18325-VZ |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1970 Broadway, Suite 1030, Oakland, CA 94612

A true and correct copy of the foregoing document described as Debtor's Notice of Conversion Under 11 U.S.C. §1307(a) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 21, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Ramesh Singh (Interested Party): claims@recoverycorp.com
Darlene C Vigil (Interested Party): cdcaecf@bdfgroup.com
Nancy K Curry (Trustee): ecfnc@trustee13.com
George Holland, Jr (Attorney for Debtor): hlfirm@gmail.com

United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov
Angelo A. Luna (Debtor): nlfirm@comcast.net

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On April 21, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Vincent P. Zurzulo / United States Bankruptcy Court - Central District of California   (VIA U.S. MAIL)
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1360, Los Angeles, CA 90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 21, 2010 | George Holland, Jr. | /s/ George Holland, Jr. |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re | CHAPTER 13 |
|---|---|
| Angelo Luna                                                  Debtor. | CASE NUMBER 2:10-bk-18325-VZ |

**ADDITIONAL SERVICE INFORMATION** (if needed):

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.